**No. 45217.**—Petition 6074–R of A. Lizzola Co., Inc. (New York).

Opinion by CLINE, J. It was shown that the commodity in question is a building material with a plaster base used in the place of lath and not formerly imported into this country. It was entered at the price paid and the appraiser advanced the value. From the evidence it was found that there was no intention to defraud the revenue or to deceive the appraiser as to the value of the goods. The petition was therefore granted.